Reset Form

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

APR 2 4 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

Sandra D. Oliver )
_____ )
_____ )
_____ )
_____ )
(Enter above the full name of Plaintiff(s)) )
  )
vs. )
  )
University Of Kansas )  Case Number: 2:23-cv-2178-JWB-TJJ
Name Hospital Authority )  (To be assigned by Clerk)
4000 Cambridge St. )
Street and number )
  )
Kansas City, KS 66160 )
City    State    Zip Code )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

### EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

   [✓] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
   **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   [ ] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
   **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   [ ] American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
   **NOTE**: *In order to bring suit in federal district court under the American with*

1

*Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☑ Other (Describe)

Human Rights, Civil Rights, Labor Law Act Sex discrimination, ~~large~~ Caregiver discrimination

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

   5103 Nebraska Ave #1 Kansas City KS 66102
   (Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:

   7-19-2019 Kansas City, KS

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?

   ☑ Yes   Date filed: 6-21-2021
   ☐ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

   ☑ Yes   Date filed: 6-29-2021
   ☐ No

6. Have you received a Notice of Right-to-Sue Letter?
   ☑ Yes  ☐ No
   If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:

   ☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
   ☐ fewer than 60 days have passed since I filed my charge of age discrimination with

2

EEOC Form 161 (11/2020)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Sandra D. Oliver
5103 Nebraska Ave # 1
Kansas City, KS 66102

From: Kansas City Area Office
Gateway Tower II
400 State Avenue, Suite 905
Kansas City, KS 66101

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 563-2021-00721 | Anne Powell, Investigator | (913) 340-8822 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Alfred C. Kirk Jr.**
Digitally signed by Alfred C. Kirk Jr.
Date: 2021.06.29 07:10:47 -05'00'

Enclosures(s)

For: **Natascha DeGuire,** *(Date Issued)*
Area Office Director

cc: **Anita Lechner Bosch**
Assistant General Counsel Labor/Employment Litigation
University of Kansas Health System
2330 Shawnee Mission Parkway
Kansas City, KS 66205

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do *not* relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

the Equal Employment Opportunity Commission

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   - [ ] failure to hire me
   - [ ] termination of my employment
   - [ ] failure to promote me
   - [ ] failure to accommodate my disability
   - [ ] terms and conditions of my employment differ from those of similar employees
   - [x] retaliation
   - [x] harassment
   - [ ] reduction in wages
   - [x] other conduct (specify): Racial Discrimination, Caregiver discrimination, Labor Law Rights, Human Rights Law Act, Civil Rights Act, Sex Discrimination

   Did you complain about this same conduct in your charge of discrimination?
   - [x] Yes
   - [ ] No

9. I believe that I was discriminated against because of (check all that apply):
   - [x] my race or color, which is African-American
   - [ ] my religion, which is ____
   - [ ] my national origin, which is ____
   - [x] my gender, which is [ ] male; [x] female
   - [ ] my disability or perceived disability, which is ____
   - [ ] my age (my birth year is: ____)
   - [ ] other: ____

   Did you state the same reason(s) in your charge of discrimination?
   - [x] Yes
   - [ ] No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

I was discriminated against because I am african-American and on July 19th 2019, I ask my Nurse manger for part-time work status. I was denied and part-time status was given to a "white male" instead, with NO/Little Senority. I Join the Local union 1290 I was harassed, Retalited, on Dec. 15th 2020 a "Noose" was In my work mail Box on unit 62.

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    ☐ are still being committed by Defendant.
    ☐ are no longer being committed by Defendant.
    ☒ may still be being committed by Defendant.

12.                          Plaintiff:
    ☐ still works for Defendant
    ☒ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    ☐ Yes    ☐ No

    Explain: _N/A_

**REQUEST FOR RELIEF**

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
   ☐ Defendant be directed to employ Plaintiff
   ☐ Defendant be directed to re-employ Plaintiff
   ☐ Defendant be directed to promote Plaintiff
   ☒ Defendant be directed to Compensate Fully plaintiff

4

July 19th,2019 I emailed my nurse manger concerning part-time status on my job. My mother got sick and at the time I did not know she had brain cancer, and wanted to care for her in Kansas City Kansas. I was denied, because a white male with no seniority got part-time work status. I finally got part-time to care for my mother as well as, my sister.

On August 19th, 2019, I joined the local union 129E "The Laborer's International Union of North America". Since joining the local union, I was treated less than human and was faced with retaliation, harassment, and racial discrimination in the workplace. Here are some of Retaliation Tactics used:

1. The hospital put me on display, sending my work schedule and photo to everyone work phone.
2. Everybody know that I was apart of the local union and treated me differently such as, during" Nursing Week" I was taken off my regular schedule, so I would not participate in activities.
3. I have been staked and harassed, at the workplace and when I go the restroom, I have employees punching the button to the bathroom.
4. They give me an alias name "Sandy" for the patient's communication board.
5. I wear colorful nursing shoes to work, and I have employees looking to recognized me by the color of my shoes.
6. I am not allowed to perform my job, because the nurses tell me they will do they blood pressure with their assessments.

7. The employees have slandered my name and my character by tell lies on me, that to keep an eye on me.

8. Racial discrimination hospital- wide, they frown at me, turn there heads when I come around and when my united have special events, I get floated to another unit of the hospital.

On December 15th, 2020, I found a "NOOSE" in my mailbox on unit 62, in the employee break room. I notified the hospital police dept. and they stated that they investigated it and closed the case.

Consequently, On October 29th, and November 29th, 2021, I received my Covid 19 vaccine and had an allergic reaction to the (Moderna) vaccine. I constricted Covid 19 when I received the vaccine. I failed to serve the defendant summons papers, due to illness, the vaccine setup inflammation / arthritis in my left hip and my lower left lower back. I suffers from shortness of breath, dizziness and fainting spells, blood clots( vaginal bleeding), blood clot in right eye, brain fog/ memory loss and the loss of taste and smell.

However, I was hospitalized for 2 weeks for inflammation and chest pains. ON December 27th, 2021, I applied for my FLMA and 12 weeks of home physical therapy, After physical therapy, I was still in pain and could not go back to work, so May 14th, 2022 I moved to Arkansas with my eldest sister.

Although, I agreed to get the vaccine, " The University OF Kansas Hospital" manipulated the employees to get the vaccine or file an exemption. They emailed employees and stated by December1st, 2021 to get the vaccine or we would be terminated under the Biden

Administration that 100 employees or more would not receive Medicaid and lose their federal funding.

☐ Injunctive relief (please explain): _____
☑ Monetary damages (please explain): Compensation, Monetary, Punitive damages
☑ Costs and fees involved in litigating this case
☑ As additional relief to make Plaintiff whole, Plaintiff

seeks: _____

_____

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this _19_ day of _APRIL_, 20_23_

_Sandra Olr_ (signature)
Signature of Plaintiff

_Sandra Oliver_
Name (Print or Type)

_PO BOX 381_
Address

_West Memphis, ARK 72303_
City State Zip Code

_____
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ~~Wichita~~, ☑ Kansas City, ☐ Topeka}, Kansas as the location for the trial in this matter.
(Select One Location)

_Sandra Olr_
Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury.   ☑ Yes   ☐ No
                                    (Select One)

_Sandra Olr_
Signature of Plaintiff

Dated: _____
(Rev. 10/15)

5



Sandra D. Oliver
P.O. Box 381
West Memphis AR
72303



7022 0410 0000 7234 5096




U.S. POSTAGE PAID
FC PKG RTL
WEST MEMPHIS, AR
72301
APR 19, 23
AMOUNT
$13.10
R2305K134604-10

RETURN RECEIPT REQUESTED

United States District Court
ATTN: Clerk's Office
401 North Market Street Room 204
Wichita, Kansas 67202

RETURN RECEIPT REQUESTED

Handle with Care • Prenez soin